IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD SINGLER,

    Petitioner,                    No. CIV S-06-0853 LKK PAN P

    vs.

GOVERNOR SCHWARTZENEGGER, et al.,

    Respondents.              ORDER

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 and a motion for appointment of counsel. Petitioner has not, however, paid the filing fee or filed an application to proceed in forma pauperis, For the reasons set forth <u>infra</u>, this court will not rule on petitioner's motion for appointment of counsel.

        Petitioner is presently incarcerated at San Quentin State Prison (San Quentin). Petitioner was granted a parole date in 2005 by the California Board of Prison Terms, following a hearing at San Quentin. Governor Schwarzenegger reversed this grant of parole on April 27, 2005, and petitioner now seeks habeas relief from that decision.

        The record reflects that petitioner suffered his underlying criminal conviction in the Placer County Superior Court. While the Sacramento Division of this Court and the United States District Court in the district where petitioner is confined therefore both have jurisdiction,

see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973), the district of confinement is the "proper forum" for this challenge to a denial of parole.  See Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989).  As noted above, petitioner is confined at a prison facility in San Quentin, California, which is in Marin County.  Marin County is in an area covered by the United States District Court for the Northern District of California.

This action will therefore be transferred to the United States District Court for the Northern District of California.

In accordance with the above, IT IS HEREBY ORDERED that:

1.  This court has not ruled on petitioner's April 20, 2006 motion for appointment of counsel; and

2.  This matter is transferred to the United States District Court for the Northern District of California.

DATED: May 16, 2006.

UNITED STATES MAGISTRATE JUDGE

14/mp
sing0853.108a